**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW O'BANION, | ) |
| Plaintiff, | ) |
| v. | ) CIV 05-03932 PHX SMM (MEA) |
| JOSEPH M. ARPAIO, MARICOPA COUNTY, | ) ORDER |
| Defendants. | ) |

It appearing to the Court that Defendants' motion to dismiss [Docket No. 11], is now ready for the Court's consideration,

**IT IS HEREBY ORDERED that** the reference of this case to the magistrate judge is withdrawn as to Defendants' motion to dismiss [Docket No. 11].

**IT IS FURTHER ORDERED** that all other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 4th day of December, 2006.

Stephen M. McNamee
United States District Judge